**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**McCARTER & ENGLISH, LLP**
Geoffrey E. Lynott, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile:  (973) 624-7070
Email: glynott@mccarter.com

*Counsel to the Chapter 7 Trustee*

| | |
|---|---|
| In re:<br><br>JEANNE M. KEHOE,<br><br>      Debtor. | Case No.: 18-32792 (MEH)<br><br>Honorable Mark E. Hall<br><br>Chapter 7 |
| JEFFREY T. TESTA, SOLELY IN HIS CAPACITY AS CH. 7 TRUSTEE OF JEANNE M. KEHOE,<br><br>      Plaintiff<br><br>      vs.<br><br>CHERYL KEHOE,<br><br>      Defendant. | Adv. Proc. No. 23-01342 (MEH) |

## STATUS REPORT

Jeffrey T. Testa, the Chapter 7 Trustee of Jeanne M. Kehoe, by and behalf of his counsel submits the following status report at the request of the Court and in lieu of a conference on June 3, 2025.

The main bankruptcy case was converted from Chapter 13 to Chapter 7.  The Debtor's former counsel withdrew, citing among other reasons, a transfer of a property by the Debtor

ME1\53381090.v1

during the Chapter 13 proceeding which was not disclosed to the Court [Doc. 109].

The Trustee filed this adversary proceeding with regard to the transfer of the previously undisclosed property.  In addition, the Trustee filed a lis pendens. The Defendant previously notified the Trustee's office of a number of personal issues which mandated extensions of time to answer. The Trustee has had good faith discussions with counsel for the Defendant.

Per Court Order entered by Judge Gambardella [Doc. 167] the Trustee liquidated another property of the Debtor and received proceeds. The Debtor received her exemption from that sale. From an ongoing review of claims, it appears that the sale proceeds from that sale may satisfy all allowed creditors in full.  In such event the Trustee will consider assigning this adversary proceeding to the debtor and/or abandoning this adversary proceeding.

The Trustee respectfully requests the scheduling of a status conference on July 22, 2025, so that the Trustee may report on further status and the extension of the Defendant's time to answer until July 23, 2025.

Dated: June 2, 2025　　　　　　　　　　**Respectfully submitted,**
　　　　Newark, New Jersey

　　　　　　　　　　　　　　　　　　**McCARTER & ENGLISH, LLP**

　　　　　　　　　　　　　　　　By:　*/s/ Geoffrey E. Lynott*
　　　　　　　　　　　　　　　　　　Geoffrey E. Lynott
　　　　　　　　　　　　　　　　　　Four Gateway Center
　　　　　　　　　　　　　　　　　　100 Mulberry Street
　　　　　　　　　　　　　　　　　　Newark, NJ  07102
　　　　　　　　　　　　　　　　　　Telephone:  (973) 622-4444
　　　　　　　　　　　　　　　　　　Facsimile: (973) 624-7070
　　　　　　　　　　　　　　　　　　glynott@mccarter.com

　　　　　　　　　　　　　　　　　　*Counsel to the Chapter 7 Trustee*